# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

JOE CECIL WILLIAMS, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1703

————————————————

December 19, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Elizabeth Rice, Judge.

Joe Cecil Williams, pro se.

PER CURIAM.

Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.